# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147294

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 147294
                                 COA: 311454
                                 Wayne CC: 06-005849-FH

TIMOTHY ANTONIO HAZELY,
      Defendant-Appellant.

_____/

      By order of October 28, 2013, the defendant's former appellate counsel was directed to file a supplemental brief. On order of the Court, it appearing that the defendant's former appellate counsel will not file the brief, the application for leave to appeal the April 25, 2013 order of the Court of Appeals is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration under the standard for direct appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014 _____

s0324



                    Clerk